UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEITH ALAN SCOTT,

    **Plaintiff,**

v.                           CASE NO. 5:19cv59-MCR/MJF

JOHN TATE,

    **Defendant.**

_____/

## O R D E R

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated May 1, 2019. ECF No. 8. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 8, is **ADOPTED** and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to *Younger v. Harris*, 401 U.S. 37 (1971).

3. The Clerk of Court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 30th day of May 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**